**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Tamikah Lynn Weiner,

          **Plaintiffs,**

vs.

Officer Todd Lappegard, individual and in his capacity as a Minneapolis Police Officer, Officer Kyle Severson, individually and in his capacity as a Minneapolis Police Officer, Officer Mark Durand, individually and in his capacity as a Minneapolis Police Officer, Sgt. Wesley Ostlund, individually and in his capacity as a Minneapolis Police Officer, Sgt. Gerald Wallerich, individually and in is [sic] capacity as a Minneapolis Police Officer; Police Chief Robert Olson, in his capacity as the Minneapolis Police Department Chief Policymaker; and the City of Minneapolis,

          **Defendants.**

**Court File No.:  04-630 (RHK/JSM)**

  **Case Type:  (11) Personal Injury**

**ORDER OF DISMISSAL OF DEFENDANTS LAPPEGARD, SEVERSON, DURAND, OSTLUND, WALLERICH AND OLSON**

---

The above-captioned matter having come on before the Court on the Stipulation of the parties for dismissal of the individually-named Defendants, the Court hereby **ORDERS** the case dismissed as to Defendants Lappegard, Severson, Durand, Ostlund, Wallerich and Olson with prejudice and without costs to either party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 29, 2005

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge